## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PLANET BEACH FRANCHISING** | * | **CIVIL ACTION NO.: 2:11-CV-00915** |
| **CORPORATION** | * | |
| | * | **JUDGE FELDMAN** |
| **VERSUS** | * | |
| | * | **MAGISTRATE SHUSHAN** |
| **FISHER & ZUCKER, L.L.C.,** | * | |
| **JEFFREY ZUCKER AND LANE FISHER** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CORPORATE DISCLOSURES OF
## PLANET BEACH FRANCHISING CORPORATION

Plaintiff Planet Beach Franchising Corporation hereby certifies pursuant to Rule 7.1 of

the Federal Rules of Civil Procedure that it is not publicly traded, that none of its members are

publicly traded corporations, nor are any of its members corporate entities.

Respectfully submitted,

By:      /s/ Michelle C. Purchner
Jonathon B. Andry (# 20081)
jandry@andrylawgroup.com
Michelle C. Purchner (#30681)
mpurchner@andrylawgroup.com
Christina M. Soileau (#30734)
csoileau@andrylawgroup.com
**The Andry Law Group, L.L.C.**
610 Baronne Street
New Orleans, Louisiana 70113
Telephone:  (504) 525-5535
Fax:  (504) 586-8911

**Attorneys for Planet Beach Franchising Corporation.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been forwarded to all counsel of

record by ECF filing, this 19th day of July, 2011.


____/s/ Michelle C. Purchner_____