UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PLANET BEACH FRANCHISING CORPORATION** | * | **CIVIL ACTION NO.: 2:11-CV-00915** |
| | * | |
| **VERSUS** | * | **JUDGE FELDMAN** |
| | * | |
| **FISHER & ZUCKER, L.L.C.,** | * | **MAGISTRATE SHUSHAN** |
| **JEFFREY ZUCKER AND LANE FISHER** | * | |

*********************************************

## ORDER ✶

Having considered Planet Beach Franchising Corporation's ("PBFC") Motion for Submission of Documents under Seal:

IT IS HEREBY ORDERED that the following documents may be filed under seal:

1. Exhibit A to the First Supplemental and Amending Complaint.

2. Exhibit B to the First Supplemental and Amending Compliant.

Dated: 7.28.11

Martin L.C. Feldman
United States District Court Judge

✶ Except as follows:
The exhibits may be viewed by this Court, by the parties and their attorneys and law firms, and any other persons upon proper motion and order of this Court.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)