UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PLANET BEACH FRANCHISING CORPORATION | CIVIL ACTION NO. 2:11-CV-00915 CONSOLIDATED WITH 2:11-CV-02146 |
| VERSUS | JUDGE FELDMAN |
| FISHER & ZUCKER, L.L.C., JEFFREY ZUCKER AND LANE FISHER | MAGISTRATE SHUSHAN |

*****************************************************************************

### REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come defendants, FISHER & ZUCKER, L.L.C., JEFFREY ZUCKER, and LANE FISHER, who respectfully request oral argument on their Motion to Dismiss under FRCP Rule 12(b)(2) and 12(b)6 filed on October 12, 2011 (doc 38). This request is timely under Local Civil Rule 78.1E. FISHER & ZUCKER, L.L.C., JEFFREY ZUCKER, and LANE FISHER submit that oral argument will be beneficial to this Court's consideration of their motion given the underlying facts and legal issues. FISHER & ZUCKER, L.L.C., JEFFREY ZUCKER, and LANE FISHER's Motion to Dismiss has been scheduled for hearing on November 23, 2011 at 10:00 a.m before the Honorable Martin L. C. Feldman, Judge, at the U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana.

    Respectfully submitted,
    ALLEN & GOOCH
    A Law Corporation

    /s/ WILLIAM H. PARKER, III
    WILLIAM H. PARKER, III – 10325
    DAVID J. AYO - 28868
    2000 Kaliste Saloom Rd Suite 400 (70508)
    P.O. Box 81129
    Lafayette, LA  70598-1129
    Phone:  337-291-1270 - Fax 337-291-1275
    williamparker@allengooch.com
    davidayo@allengooch.com
    ATTORNEYS FOR DEFENDANTS, FISHER & ZUCKER,
    L.L.C., JEFFREY ZUCKER, AND LANE FISHER

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Request for Oral Argument was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Jonathan B. Andry, Michelle C. Purchner and Christina M. Soileau by operation of the Court's electronic filing system.

Lafayette, Louisiana, this __18th__ day of November, 2011.

/s/ WILLIAM H. PARKER, III