UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PLANET BEACH FRANCHISING CORP.　　　　CIVIL ACTION

VERSUS　　　　　　　　　　　　　　　　　　NO. 11-2146
　　　　　　　　　　　　　　　　　　　　　　C/W 11-915

FISHER & ZUCKER, L.L.C.　　　　　　　　SECTION "F"

## J U DG M E N T

For the written reasons of the Court on file herein, accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Fisher & Zucker, L.L.C., Jeffrey Zucker and Lane Fisher, and against plaintiff, Planet Beach Franchising Corporation, dismissing plaintiff's suit.

New Orleans, Louisiana, this 23rd day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE