UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PLANET BEACH FRANCHISING CORPORATION** | * * * | **CIVIL ACTION NO.: 2:11-CV-00915** **CONSOLIDATED WITH 2:11-CV-02416** |
| **VERSUS** | * * | **JUDGE FELDMAN** |
| **FISHER & ZUCKER, L.L.C., JEFFREY ZUCKER AND LANE FISHER** | * * | **MAGISTRATE SHUSHAN** |

**************************************

### ORDER

Considering Planet Beach Franchising Corporation's Motion for Leave to File Certificates of Merit Pursuant to 231 Pennsylvania Code Rule 1042.3 and supporting Memorandum,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Plaintiff's Motion for Leave to File Certificates of Merit Pursuant to 231 Pennsylvania Code Rule 1042.3 is hereby GRANTED and that the Clerk of Court is directed to accept filing of the same.

[Stamped: **DENIED MOOT**]

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
HONORABLE JUDGE FELDMAN

12/5/11